UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JOSE LUIS FERNANDEZ LOPEZ
MARIA TERESA DIAZ MOLINA

DEBTORS

CASE # 10-00160 BKT

CHAPTER 13

## MOTION REQUESTING RECONSIDERATION OF DISMISSAL

**TO THE HONORABLE COURT:**

**HERE COMES,** Debtors through the undersigned attorney and respectfully request and pray as follows:

1. Debtors filed a Chapter 13 petition on January 14, 2010 for which the plan was confirmed.

2. On June 3, 2011, Debtors received an Order Dismissing the instant case for failure to make plan payments. See Docket #85.

3. Debtors are up to date with their Chapter 13 payments plan and have not accumulated arrears.

4. Debtors are in the process of negotiating with creditor, First Bank Puerto Rico in order to file stipulation.

5. For the reason stated above, Debtors request that the order dismissing case be set aside and Debtors be allowed to continue with their case.

**WHEREFORE,** Debtors request for an Order granting the present motion with any other provision that in accordance to law this Honorable Court deems, just and proper.

**I CERTIFY** that this motion has been electronically filed with the court using CM/ECF and a copy of the same forwarded to Jose R. Carrion Morales, Esq., and to all creditors and parties in interest as per the Master Address List giving those twenty (20) days to reject the proposed plan and request a hearing. Absent good cause, untimely rejections shall be denied. **THAT NOTICE OF THE FOLLOWING HAS BEEN GIVEN:** Within twenty (20) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this **REPLY MOTION REQUESTING DISMISSAL** has been served, or any other party to the action who objects to the relief sought herein, shall serve

and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

In Caguas, Puerto Rico, this 23 day of June of 2011.

**VICTOR GRATACOS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PUERTO RICO 00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633
Email: bankruptcy@gratacoslaw.com
vgratacd@coqui.net

/s/ Víctor Gratacós Díaz (127906)