IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO.: **10-00160(BKT)** |
|---|---|
| **JOSÉ LUIS FERNANDEZ LÓPEZ** **MARIA TERESA DÍAZ MOLINA** | CHAPTER **13** |
| DEBTOR(S) | |

## OPPOSITION TO MOTION REQUESTING RECONSIDERATION

TO THIS HONORABLE COURT:

COMES NOW creditor **FIRST BANK PUERTO RICO ("FBPR")**, represented by the undersigned attorneys and very respectfully states and prays:

1. On June 3rd, 2011, debtors filed a **Motion Requesting Reconsideration of Dismissal**, whereby they represented to be in negotiations with FBPR in order to file a stipulation. (See, docket entry number 87).

2. It is respectfully informed to this Honorable Court that, as of July 11th, 2011, there is no ongoing negotiations between debtors and FBPR. Therefore, it is respectfully requested from this Honorable Court to enter an Order denying debtors' request.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant this Motion and to enter an Order denying debtors' request for reconsideration.

I HEREBY CERTIFY: On this same date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF

System which will send notification of such filing to the following: Attorney for Debtor, Víctor Gratacós Díaz, Esq; and to Chapter 13 Trustee, José Ramón Carrión Morales, Esq. and by ordinary mail to debtor and to all creditors and parties in interest appearing in the attached Master Address List.

In San Juan, Puerto Rico, this 11th day of July, 2011.

s/ Angel M. Vázquez Bauzá
Angel M Vázquez Bauzá, Esq.
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00917-1017
Tel. 754-1313
Fax. 754-1354
e-mail: avazquez@enrassociates.com

900-9-230(BRY)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-00160-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Wed Jul 13 15:08:14 AST 2011 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 |
| FIRSTBANK PR<br>ENRIQUE NASSAR RIZEK & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | FORDF MOTOR CREDIT COMPANY OF PUERTO RICO I<br>Fernandez Collins Cuyar & Pla<br>P.O. Box 9023905<br>San Juan, PR 00902-3905 | GE MONEY BANK(PEP BOYS CAR CARE)<br>GE MONEY BANK<br>C/ RECOVERY MANAGEMENT SYSTEMS CORP<br>25 S.E. 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 |
| PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | RG MORTGAGE CORP/SCOTIABANK PR<br>WALLACE VAZQUEZ SANABRIA ESQ<br>17 MEXICO STREET SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 |
| American Express TRS Co Inc Latin American<br>Division<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076-0499 |
| CNH CAPITAL<br>PO BOX 0507<br>CAROL STREAM, IL 60132-0507 | CitiFinancial, Inc<br>PO Box 70919<br>Charlotte, NC 28272-0919 | DEPARTAMENTO DE HACIENDA<br>BANKRUPTCY SECTION 424B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| DORAL BANK<br>PO BOX 363814<br>SAN JUAN, PR 00936-3814 | DORAL BANK<br>PO BOX 71306<br>SAN JUAN, PR 00936-8406 | FIRST BANK<br>BANKRUPTCY DIVISION<br>P.O. BOX 9146<br>SAN JUAN, PR 00908-0146 |
| FIRST BANK<br>PO BOX 11856<br>SAN JUAN, PR 00910-3856 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | FIRST LEASING<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| FIRSTBANK PUERTO RICO<br>ENRIQUE NASSAR RIZEK & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | FORD MOTOR CREDIT<br>PO BOX 71532<br>SAN JUAN, PR 00936-8632 | FORD MOTOR CREDIT COMPANY, INC.<br>DRAWER 55-953, P.O. BOX 55000<br>DETROIT, MI 48255-0953 |
| GLORIA MOLINA<br>JUNCOS, PR 00777 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Puerto Rico Department of Labor<br>Collection Unit - 12th Floor<br>505 Muoz Rivera Ave<br>San Juan PR 00918-3352 |

| | | |
|---|---|---|
| RG MORTGAGE CORPORATION as service agent for<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO, PR 00970-2510 | SYLVIA LLANOS<br>JUNCOS, PR 00777 |
| FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | JOSE LUIS FERNANDEZ LOPEZ<br>PO BOX 1357<br>JUNCOS, PR 00777-1357 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARIA TERESA DIAZ MOLINA<br>PO BOX 1357<br>JUNCOS, PR 00777-1357 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | VICTOR GRATACOS DIAZ<br>P O BOX 7571<br>CAGUAS, PR 00726-7571 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA OFIC 914
2 AVE. PONCE DE LEON PDA 27 1/2
SAN JUAN, PR 00926

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | (d)RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | End of Label Matrix<br>Mailable recipients 38<br>Bypassed recipients 2<br>Total 40 |